US District Court House
900 Georgia Avenue Rm 309
Chattanooga TN 37402

RECEIVED

JUN 01 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

5-28-2026

I hope I can send this way and it be filed. I can't trust most of these CO's or Officers But I did my Best to feel this out I hope I got it Right. I hope things get fixed.

Welcome Back
ROBERT ANDREW MONROE
Rob A. Mn

P.S.

If notary is needed I'll need some there to take care of it for me PLZ. And if I need copies of this can you PLZ make them and send them to me.

UNITED STATES District Court
Eastern District of Tennessee
At Chattanooga

ROBERT ANDREW MONROE

FILED

JUN 0 1 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

V.

Roane County Jail 9th District of Tennessee

Complaint For Violation of Civil Rights
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

A. Yes
B.
    1. Parties to the previous lawsuit
      Plaintiffs: ROBERT MONROE

      Defendants: Southern District
              of Georgia

    2. Court: Southern District of Georgia

    3. Docket Number:

II. ROANE County JAIL
  A. Yes
  B. Yes
  C.
    1. Used Requet system And grievance procedure
    2. They would make up something or Avoid It or Just lie
       to try to protect their selves
  D.
  E. NO
  F.
    1.
    2.
III. PARTIES
  A. Robert Andrew Monroe
     230 N Third Street, Kingston TN 37763-2894
     N/A
     N/A
  B. Roane County JAIL
     County JAIL
     Roane County Kingston TN
     N/A
IV. Statement of Claim

On 06-18-2025 I was At my sisters when two unKnown Officers
showed up And forcefully abduct me These Officers had on Roane
County Sheriff uniforms. Later I found out these Officers did not
work for Roane County And had no reason to even make An Arrest
In the county,

## V. RELIEF

I would Request FoR RoaNe County SheRIffs DepARtment to leave my NAme And fAmily NAme Alone. Also stop hARASIng AND ABusing me. I would lIketo BepAyed foR All the tIme they have stolen fRomme BecAuse me NoR myfAmily cAN get that tIme BacK. I would Also Request that my heeNIA Be fIxed. My Identity to Be Restored. My RecoRd cleAred AND ANy pRopety INmy NAme Returned to me deed / title Keys AN All. the Amount Of TIme stolen hAs BeeN 38 yeARs. Thats my whole lIfe.

I (we) heReBy certify under penAlty of perJury that the ABove complAINt Is true to the Best of my (our) INfoRmAtion, Knowledge And belIef.

SIgNed thIs          MAY                dAyof   26          , 2026

_____
RT A. m
SIgNAture of plAINtIff (s)

FOREVER / USA

FOR LEGAL USE ONLY

KNOXVILLE TN 377
28 MAY 2026PM 3 L

Robert Andrew Monroe
230 N Third Street
Kingston TN 37763

United States District Court
900 Georgia Ave, Room 309
Chattanooga, Tennessee 37402

37402-225964